149 So.2d 767

**CHARLES H. HEBERT COMPANY, Inc.**

v.

**AETNA CASUALTY & SURETY COMPANY et al.**

No. 46557.

Feb. 18, 1963.

Writ refused. The judgment is correct.